IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CORDOBA,

    Plaintiff,                 No. CIV S-97-1544 LKK DAD

    vs.

S. PENA,

    Defendant.               ORDER

                               /

         On February 3, 2009, and February 12, 2009, plaintiff filed requests bearing this case number in which he asked to be transferred to San Quentin State Prison. This civil rights action was closed on June 14, 1999. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: March 24, 2009.

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

DAD:9
cord1544.58